UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LPL FINANCIAL CASH SWEEP LITIGATION | Lead Case No.: 24-CV-1228 TWR (AHG) |
| DANIEL PETERS, individually and on behalf of all those similarly situated,<br>Plaintiff,<br>v.<br>LPL FINANCIAL LLC,<br>Defendant. | **ORDER (1) CONSOLIDATING CASES, AND (2) SETTING INITIAL CASE MANAGEMENT SCHEDULE**<br><br>(ECF No. 29) |
| DOUGLAS K. NEVITT, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>LPL FINANCIAL HOLDINGS INC. and LPL FINANCIAL LLC,<br>Defendants. | Member Case No.: 24-CV-1358 TWR (AHG) |
| CAROL WHITE, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>LPL FINANCIAL HOLDINGS INC. and LPL FINANCIAL LLC,<br>Defendants. | Member Case No.: 24-CV-1724 TWR (AHG) |

Presently before the Court is Plaintiffs Daniel Peters, Douglas K. Nevitt, and Carol White and Defendants LPL Financial LLC and LPL Financial Holdings Inc.'s Joint Motion and Stipulation for Order Consolidating Cases and Setting Initial Case Management Schedule ("Jt. Mot.," ECF No. 29). Based upon the stipulation of counsel, and all files, records, and proceedings herein, and good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS**:

## I. CONSOLIDATION AND TREATMENT OF SUBSEQUENT ACTIONS

1. Each of the above-captioned actions (the "Related Actions") satisfies the requirements of Fed. R. Civ. P. 42(a). In addition, the Defendants in the Related Actions are substantially the same. Accordingly, pursuant to Fed. R. Civ. P. 42(a), each of the Related Actions is **HEREBY CONSOLIDATED** into *Peters v. LPL Financial LLC*, Case No. 24-CV-1228 TWR (AHG) (referred to hereafter as the "Consolidated Action") for all pre-trial purposes.

2. Each document filed in the Consolidated Action **SHALL BEAR** the following caption:

| *In re LPL Financial Cash Sweep Litigation* | Case No. 24-CV-1228 TWR (AHG) |
|---|---|

3. The file in *Peters v. LPL Financial LLC,* Case No. 24-CV-1228, **SHALL CONSTITUTE** a Master File for every action in the Consolidated Action. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. 24-CV-[relevant action] (Doe))."

/ / /

/ / /

/ / /

4. The terms of this Order **SHALL APPLY** to actions filed as proposed class actions later instituted in, removed to, or transferred to this Court that are related to this case, as described in Civil Local Rule 40.1(e)–(i), as provided below.

5. The Parties **SHALL FILE** a Notice of Related Cases pursuant to Civil Local Rule 40.1(f), which shall attach a copy of this Order, whenever a case that one or more Parties believes should be consolidated into the Consolidated Action is filed in, or transferred to, this District (a "New Case"). A copy of such Notice shall be filed in, and served on the parties to, the New Case.

6. After any New Case is related to the Consolidated Action by the Court, the New Case **SHALL BE CONSOLIDATED** into the Consolidated Action for pre-trial purposes and become subject to this Order seven (7) days after the Court's order deeming the New Case related or seven (7) days after notice of this Order is given as set forth above, whichever is later, unless any party to the Consolidated Action or the New Case files before the expiration of such seven (7) day period an objection to consolidation showing cause why consolidation should not occur (in which event, any party seeking consolidation of the New Case may proceed by noticed motion or joint motion).

7. This Order is **WITHOUT PREJUDICE** to any later application that may be made by the Parties with respect to consolidation, severance, or any other matter.

**II. INITIAL CASE MANAGEMENT SCHEDULE**

8. Plaintiffs **SHALL FILE** a motion for the appointment of Interim Lead Counsel.

9. A Consolidated Class Action Complaint **SHALL BE DUE** within thirty (30) days of the Order appointing Interim Lead Counsel. Defendants' response **SHALL BE DUE** thirty (30) days after the filing of the Consolidated Class Action Complaint. Defendants are not required to file any response to the Complaints already filed in the Related Actions, or any initial or amended complaint in any action hereafter consolidated with the Consolidated Action. The Joint Motion addresses the requirements of the last

/ / /


sentence of this Court's September 10, 2024 Order in *Peters* (*Peters*, ECF No. 27), and the foregoing pleading schedule shall control as to each of the Related Actions.

**IT IS SO ORDERED.**

Dated: October 16, 2024

Honorable Todd W. Robinson
United States District Judge