1   JOSEPH E. FLOREN, SBN 168292
    joseph.floren@morganlewis.com
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
3   San Francisco, CA 94105
    Tel.: 415.442.1000 / Fax: 415.442.1001

4   ARJUN P. RAO, SBN 265347
    arjun.rao@morganlewis.com
5   MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Ave, 22nd Floor
6   Los Angeles, CA 90071-3132
    Tel.: 213.612.2500 / Fax: 213.612.2501

7   VANESSA M. BROWN, *pro hac vice*
    vanessa.brown@morganlewis.com
8   MORGAN, LEWIS & BOCKIUS LLP
    One Federal Street
9   Boston, MA 02110
    Tel.: 617.341.7700 / Fax: 617.341.7701

*Counsel for Defendants LPL Financial LLC and LPL Financial Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LPL Financial Cash Sweep Litigation*<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. 3:24-cv-01228-TWR-AHG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Date: April 17, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 14A, 14th Floor<br>Judge: Hon. Todd W. Robinson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 17, 2025, at 1:30 p.m., or at such other date and time as the Court may order, in the Courtroom of the Honorable Todd W. Robinson, Courtoom 14A, United States District Court, Southern District of California, located at 333 West Broadway, San Diego, CA 92101, Defendants LPL Financial LLC ("LPL") and LPL Financial Holdings, Inc. (together with LPL, "Defendants") will, and hereby do, respectfully move for an Order dismissing Plaintiffs' Consolidated Class Action Complaint (the "Complaint," ECF No. 38). This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that the Complaint fails to state a claim for which relief may be granted as to any of the claims for relief alleged therein, as more particularly set forth in the Memorandum of Points and Authorities served and filed herewith.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support hereof, Request for Consideration of Documents Incorporated by Reference into the Consolidated Complaint and for Judicial Notice in support hereof, and Declarations of Tien Nguyen, Scott Severino, and Cedric Armstrong in support thereof, which authenticate the documents of which consideration and judicial notice is sought, and all exhibits thereto—all served and filed herewith—as well as the Complaint, the papers of record on the docket in this consolidated case and its three constituent actions, and such other papers and argument as may be offered to the Court hereafter. This Motion is made following the telephonic conference of counsel pursuant to Section III.A.1 of the Court's Standing Order for Civil Cases.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: January 13, 2025

Respectfully submitted,

By: */s/ Joseph E. Floren*

Joseph E. Floren
**MORGAN, LEWIS & BOCKIUS LLP**
One Market Street
Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1391
joseph.floren@morganlewis.com

Arjun P. Rao
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
arjun.rao@morganlewis.com

Vanessa M. Brown (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
vanessa.brown@morganlewis.com

*Attorneys for Defendants LPL Financial LLC and LPL Financial Holdings, Inc.*