Jonathan D. Uslaner (Bar No. 256898)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481
jonathanu@blbglaw.com

*Counsel for Plaintiffs Daniel Peters, Douglas Nevitt, and Carol White and Interim Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re LPL Financial Cash Sweep Litigation* | Case No. 3:24-cv-1228-TWR-BJW<br><br>**PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date: November 12, 2026<br>Time: 9:30 a.m. PT<br>Courtroom: 5A, 5th Floor<br>Judge: Hon. Brian J. White |

**PLEASE TAKE NOTICE**, that on November 12, 2026, before the Honorable Brian J. White of the United States District Court for the Southern District of California, in Courtroom 5A located at 333 West Broadway, San Diego, CA 92101, Plaintiffs Daniel Peters, Douglas Nevitt, and Carol White (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move the Court for an order modifying the Court's Scheduling Order Regulating Discovery and Other Pretrial Proceedings, Dkt. No. 74.

Plaintiffs request that the Court enter an order to extend certain discovery and pretrial deadlines as follows:

1. The parties' deadline to serve written discovery and requests for production shall be one week after Defendant LPL Financial LLC files its answer to Plaintiffs' Amended Consolidated Class Action Complaint ("Amended Complaint");
2. The fact discovery cutoff shall be ninety days after the ruling on Defendant's motion to dismiss the Amended Complaint; and
3. Discovery under Federal Rules of Civil Procedure 30 through 36 and subpoenas under Federal Rule of Civil Procedure 45 must be initiated a sufficient period of time in advance of the fact discovery cutoff date, so that it may be completed by the cutoff, taking into account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure.

This Motion is based upon this notice; the accompanying memorandum of points and authorities; the accompanying Declaration of Michael D. Blatchley and exhibits thereto, and such other matters as the Court may consider.

Dated: October 26, 2026

By: */s/ Michael D. Blatchley*
Jonathan D. Uslaner (Bar No. 256898)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3481
jonathanu@blbglaw.com

-and-

Salvatore J. Graziano (*pro hac vice*)
John Rizio-Hamilton*
Adam H. Wierzbowski (*pro hac vice*)
Michael D. Blatchley (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 245-1000
salvatore@blbglaw.com
johnr@blbglaw.com
adam@blbglaw.com
michaelb@blbglaw.com

Michael Dell'Angelo (*pro hac vice*)
Alex B. Heller (*pro hac vice*)
Joseph E. Samuel, Jr. (Bar No. 344732)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bergermontague.com
aheller@bergermontague.com
jsamuel@bergermontague.com

-and-

Sophia M. Rios (Bar No. 305801)
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Telephone: (858) 252-6649
srios@bergermontague.com

Matthew L. Dameron (*pro hac vice*)
Clinton J. Mann (*pro hac vice*)
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
matt@williamsdirks.com
cmann@williamsdirks.com

*Attorneys for Plaintiffs Daniel Peters, Douglas Nevitt, and Carol White and Interim Co-Lead Counsel*

**pro hac vice* motion forthcoming